**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 54 WM 2014
:
Respondent :
:
:
:
v. :
:
:
:
KEDREN CHARLES BROADUS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.